IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION

| | | |
|---|---|---|
| ACH FOOD COMPANIES, INC. | § | |
| | § | |
| v. | § | No. 04-2589-BV |
| | § | |
| WISCON CORP. | § | |
| | | |
| ACH FOOD COMPANIES, INC. | § | |
| | § | |
| v. | § | No. 04-2892-MIV |
| | § | |
| WISCON CORP. | § | |

## ORDER

Came before the Court Plaintiff's Unopposed Motion to Dismiss Without Prejudice. Upon review of this unopposed motion and the other papers on file, the Court hereby grants the motion. It is therefore ORDERED that all claims in C.A. Nos 04-2589-BV and 04-2892-MIV are DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs.

ENTERED this 1st day of December, 2005.

UNITED STATES DISRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02892 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT